## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| TERRY R. BAKER and SHANTEL L. BAKER As personal representatives of the estate of CHANCE D. BAKER<br><br>Plaintiffs,<br><br>v.<br><br>NICHOLAS GOODMAN, COASTAL PAWN SHOP, AND JOHN DOE,<br><br>Defendants. | Civil Action No.: 19-00251-JAW |

### DEFENDANT LEWISTON PAWN SHOP, INC. d/b/a COASTAL TRADING & PAWN'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

Pursuant to Fed. R. Civ. P. 54(b) Defendant, Lewiston Pawn Shop, Inc. d/b/a Coastal Trading & Pawn ("Lewiston Pawn" or "Defendant"), respectfully requests that the Court enter separate and final judgment for Lewiston Pawn.

On February 19, 2020, the Court granted Lewiston Pawn's Motion to Dismiss with respect to Counts V, VI and VII of the Complaint. *See* Order on Motion to Dismiss Complaint (ECF No. 24). As set forth more fully in accompanying Memorandum of Law, as Counts V, VI, and VII were the only claims in the Complaint applicable to Lewiston Pawn, and were based upon an entirely different theory of liability and factual allegations than the Plaintiff's remaining claims in the Complaint, the Court's Order dismissing those claims constitutes a final ruling, and there is no reason to delay the entry of judgment with respect to Lewiston Pawn.

According, for the reasons set forth in accompanying Memorandum of Law, Lewiston Pawn requests the entry of separate and final judgment pursuant to Fed. R. Civ. P. 54(b).

Respectfully submitted,

LEWISTON PAWN SHOP, INC. d/b/a
COASTAL TRADING & PAWN
By its attorney,


__/s/ Nancy Kelly_____
Nancy Kelly, Esq., Bar No. 007325
GORDON REES SCULLY MANSUKHANI, LLP
21 Custom House Street, 5th Floor
Boston, MA 02110
857-504-2023

John J. Robinson, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
95 Glastonbury Blvd., Suite 206
Glastonbury, CT 06033
860-494-7505

Dated: March 18, 2020

## **CERTIFICATE OF SERVICE**

I, Nancy Kelly, hereby certify that, on this 18th of March, 2020 the foregoing was electronically filed with the Clerk of the Court and served upon all parties using the CM/ECF system.

/s/ Nancy Kelly (007325)
Nancy Kelly