UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| TERRY R. BAKER and SHANTEL L. BAKER as personal representatives of the Estate of CHANCE D. BAKER,<br><br>      Plaintiffs,<br><br>vs.<br><br>NICHOLAS GOODMAN,<br><br>      Defendant. | Civil No. 19-00251-JAW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties to this case hereby stipulate that the above-captioned case is hereby dismissed with prejudice and without costs or attorney's fees to any party.

Date: 7/5/2022

/s/ Hunter Tzovarras
Hunter Tzovarras, Esq.
Attorney for Plaintiffs
Pelletier Faircloth & Braccio LLC
88 Hammond Street, Suite 321
Bangor, ME 04401
(207) 941-8443
hunter@bangorlegal.com

Date: 7/5/2022

/s/ John J. Wall, III
John J. Wall, III, Esq.
Attorney for Defendant
MONAGHAN LEAHY, LLP
95 Exchange Street, P.O. Box 7046
Portland, ME 04112-7046
(207) 774-3906
jwall@monaghanleahy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2022, I electronically filed **Stipulation of Dismissal with Prejudice** using the CM/ECF system, which will provide notice to me and the other counsel of record.

Dated at Portland, Maine this 5th day of July, 2022.

                        Attorneys for Defendant
                        MONAGHAN LEAHY, LLP
                        95 Exchange Street, P.O. Box 7046
                        Portland, ME 04112-7046
                        (207) 774-3906
                        jwall@monaghanleahy.com

BY:   /s/ John J. Wall, III
          John J. Wall, III