UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TERRY R. BAKER, et al.,<br>    Plaintiffs | )<br>)<br>) |
| v. | )    2:19-cv-00251-JAW<br>)<br>) |
| NICHOLAS GOODMAN, et al.,<br>    Defendants | )<br>) |

## JUDGMENT

In accordance with the Order on Order on Motion to Dismiss Complaint, issued on February 19, 2020, by U.S. District Judge John A. Woodcock, Jr.;

JUDGMENT of dismissal is hereby entered on the complaint as to defendant Lewiston Pawn Shop, Inc.

                                                CHRISTA K. BERRY
                                                Clerk of Court

                  By:

                                                /s/ Teagan Snyder
                                                Deputy Clerk

Dated this 6th day of July, 2022